UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| MICHAEL DAVID WENNERSTEN, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> MICHAEL J. ASTRUE, ) <br> Commissioner of Social ) <br> Security Administration, ) <br> ) <br> Defendant. ) <br> ) | Case No. 09-CV-762 |

**AGREED ORDER OF REMAND UNDER**
**SENTENCE FOUR OF 42 U.S.C. § 405(g)**

Pursuant to the power of this Court to enter judgment affirming, modifying, or reversing the Commissioner's decision with remand in Social Security actions under sentence four of section 205(g) of the social security act, 42 U.S.C. § 405(g), and in light of the parties' motion to remand this action, this Court now, upon substantive review, hereby enters a judgement reversing the Commissioner's decision under sentence four of 42 U.S.C. § 405(g) with a remand of the cause to the Commissioner according to the following terms. *See Shalala v. Schaefer*, 509 U.S. 292, 296 (1993); *Melkonyan v. Sullivan*, 501 U.S. 89, 97-98 (1991).

The parties agree that, on remand, the Administrative Law Judge will: further consider Plaintiff's mental impairments and determine what effects, if any, such impairments have on the residual functional capacity; and, as warranted, will obtain

vocational expert evidence.

The Clerk of the Court will enter a separate judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

Dated this 30th day of July, 2010.

~~STEPHEN L. CROCKER~~ William Conley
UNITED STATES ~~MAGISTRATE~~ District JUDGE