IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

MICHAEL DAVID WENNERSTEN,

    Plaintiff,

v.

MICHAEL J. ASTRUE,
Commissioner of Social Security,

    Defendant.

JUDGMENT IN A CIVIL CASE

Case No. 09-CV-762-WMC

---

    This action came for consideration before the court with District Judge William M. Conley presiding. The issues have been considered and a decision has been rendered.

---

    IT IS ORDERED AND ADJUDGED that judgment is entered REMANDING case to the commissioner under sentence four of section 205(g) of the Social Security Act, 42 U.S.C. § 405(g).

_____      _8/3/10_____
Peter Oppeneer, Clerk of Court                   Date